RICHARD K. GROSBOLL, Bar No. 99729
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445

Attorneys for Plaintiff

ROGER MASON, Bar No. 107486
SWEENEY, MASON, WILSON BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos,  CA 95032
TEL:  (408) 356-3000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>         Plaintiffs,<br><br>    vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., an entity,<br><br>         Defendant. | Case No.  11-cv-06217-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        May 4, 2012<br>Location:   450 Golden Gate Avenue<br>                 San Francisco, CA 94102<br>Judge:      Hon. Susan Illston |

The parties stipulate and request that the Case Management Conference currently set for May 4, 2012 at 2:30 p.m. before the Honorable Susan Illston be continued to a date after August 1, 2012 pending discussions between the parties regarding a resolution of the outstanding legal

issues. The parties do not feel that a CMC would be a good use of the Court's resources at this time.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  May 2, 2012          NEYHART, ANDERSON, FLYNN & GROSBOLL

By:   /s/ Chloe Quail
      Chloe Quail
      Attorney for Plaintiffs

Dated:  May 2, 2012          SWEENEY, MASON, WILSON & BOSOMWORTH

By:   /s/ Roger Mason
      Roger Mason
      Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Case Management Conference currently set for May 4, 2012 at 2:30 p.m. will be continued to __8/24__, 2012.

IT IS SO ORDERED.

Dated:  May __4__, 2012

_____
U.S. DISTRICT COURT JUDGE