1  RICHARD K. GROSBOLL, Bar No. 99729
   CHLOE QUAIL, Bar No. 262797
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104-6702
   TEL:  (415) 677-9440
4  FAX: (415) 677-9445

5  Attorneys for Plaintiff

6  ROGER MASON, Bar No. 107486
   SWEENEY, MASON, WILSON BOSOMWORTH
7  983 University Avenue, Suite 104C
   Los Gatos,  CA 95032
8  TEL:  (408) 356-3000

9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER, Plaintiffs, vs. ENGELHART ELECTRIC COMPANY, INC., an entity, Defendant. | Case No.  11-cv-06217-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        May 4, 2012<br>Location:    450 Golden Gate Avenue<br>             San Francisco, CA 94102<br>Judge:       Hon. Susan Illston |
|---|---|

The parties stipulate and request that the Case Management Conference currently set for May 4, 2012at 2:30 p.m. before the Honorable Susan Illston be continued to a date after August 1, 2012 pending discussions between the parties regarding a resolution of the outstanding legal

issues. The parties do not feel that a CMC would be a good use of the Court's resources at this time.

IT IS SO STIPULATED.

                                           Respectfully Submitted,

Dated:  May 2, 2012        NEYHART, ANDERSON, FLYNN & GROSBOLL

                                      By:    /s/ Chloe Quail
                                               Chloe Quail
                                               Attorney for Plaintiffs

Dated:  May 2, 2012        SWEENEY, MASON, WILSON & BOSOMWORTH

                                        By:    /s/ Roger Mason
                                               Roger Mason
                                               Attorney for Defendant

                                             [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Case Management Conference currently set for May 4, 2012 at 2:30 p.m. will be continued to __8/24__, 2012.

IT IS SO ORDERED.

Dated:  May __4__, 2012                                    _____
                                                       U.S. DISTRICT COURT JUDGE