| | |
|---|---|
| 1 | ROGER M. MASON, ESQ. (107486) |
| | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| 2 | A Professional Law Corporation |
| | 983 University Avenue, Suite 104C |
| 3 | Los Gatos, CA  95032 |
| | Telephone:  (408) 356-3000 |
| 4 | Facsimile:   (408) 354-8839 |
| 5 | Attorneys for Defendant |
| | ENGELHART ELECTRIC COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTRY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO COUNTY ELECTRICAL APPRENTICESHIP TRAINING TRUST; Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER, | Case No. CV11-6217 EMC <br><br> **JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**; ORDER THEREON <br><br> Date:  October 5, 2012 <br> Time: 9:00 a.m. |
| Plaintiffs, | |
| v. | |
| ENGELHART ELECTRIC COMPANY, INC. a California Corporation, | |
| Defendant. | |

The parties hereby submit this request to take the Case Management Conference currently on calendar for October 5, 2012 at 9:00 a.m. before the Honorable Edward M. Chen off-calendar.  The parties further request that any other calendared events be stayed until resolution of the bankruptcy petition filed on behalf of Defendant.  This request is based on the Notice of Filing of Bankruptcy Petition filed with the Court on September 17, 2012.

///

///

---

**JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**                        1

1  Respectfully submitted,

2  Dated: October 4, 2012          **NEYHART, ANDERSON, FLYNN & GROSSBOLL**

3

4

5                                   By: _____/s/_____
                                       CHLOE QUAIL, ESQ.
                                       Attorney for Plaintiffs
6

7

8  Dated: October 4, 2012          **SWEENEY, MASON, WILSON & BOSOMWORTH**

9

10                                  By: _____/s/_____
                                       ROGER M. MASON, ESQ.
11                                     Attorney for Defendants

12

13                                  **ORDER**

14      IT IS SO ORDERED that the Case Management Conference on calendar October 5, 2012

15  and all subsequent calendared events are hereby STAYED.

16

17  Dated: October _4_, 2012

18                                  _____
                                    HON. EDWARD M. CHEN
19                                  United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

**JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**                2