ROGER M. MASON, ESQ. (107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032
Telephone:  (408) 356-3000
Facsimile:   (408) 354-8839

Attorneys for Defendant
ENGELHART ELECTRIC COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTRY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO COUNTY ELECTRICAL APPRENTICESHIP TRAINING TRUST; Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>       Plaintiffs,<br><br>v.<br><br>ENGELHART ELECTRIC COMPANY, INC. a California Corporation,<br><br>       Defendant. | Case No. CV11-6217 EMC<br><br>**JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**; ORDER THEREON<br><br>Date:  October 5, 2012<br>Time: 9:00 a.m. |

The parties hereby submit this request to take the Case Management Conference currently on calendar for October 5, 2012 at 9:00 a.m. before the Honorable Edward M. Chen off-calendar.  The parties further request that any other calendared events be stayed until resolution of the bankruptcy petition filed on behalf of Defendant.  This request is based on the Notice of Filing of Bankruptcy Petition filed with the Court on September 17, 2012.

///

///

---

**JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**                                                    1

1 | Respectfully submitted,

2 | Dated: October 4, 2012                **NEYHART, ANDERSON, FLYNN & GROSSBOLL**

By: _____/s/_____
     CHLOE QUAIL, ESQ.
     Attorney for Plaintiffs

Dated: October 4, 2012                **SWEENEY, MASON, WILSON & BOSOMWORTH**

By: _____/s/_____
     ROGER M. MASON, ESQ.
     Attorney for Defendants

## **ORDER**

IT IS SO ORDERED that the Case Management Conference on calendar October 5, 2012 and all subsequent calendared events are hereby STAYED.

Dated: October _4_, 2012

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*

**JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**                2