| | |
|---|---|
| 1 | EILEEN M. BISSEN, Bar No. 245821 |
| | CHLOE QUAIL, Bar No. 262797 |
| 2 | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| | 369 Pine Street, Suite 800 |
| 3 | San Francisco, CA  94104-6702 |
| | TEL:  (415) 677-9440 |
| 4 | FAX: (415) 677-9445 |
| | Email: ebissen@neyhartlaw.com |
| 5 | Attorneys for Plaintiff |
| 6 | |
| 7 | ROGER MASON, Bar No. 107486 |
| | SWEENEY, MASON, WILSON BOSOMWORTH |
| 8 | 983 University Avenue, Suite 104C |
| | Los Gatos, CA 95032 |
| 9 | TEL:  (408) 356-3000 |
| | FAX: (408) 354-8839 |
| 10 | Email: rmason@smwb.com |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN; Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER, <br><br> Plaintiffs, <br><br> vs. <br><br> ENGELHART ELECTRIC COMPANY, INC., an entity, <br><br> Defendant. | Case No.  11-cv-6217 EMC <br><br> **JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR; [PROPOSED] ORDER** RESETTING CMC <br><br> Date:         February 28, 2013 <br> Time:        9:00 a.m. |

The parties hereby submit this request to take the Case Management Conference currently on calendar for February 28, 2013 at 9:00 a.m. before the Honorable Edward M. Chen off calendar. The parties make this request based on the following: Defendant has filed for bankruptcy (See, Dckt. # 27); on October 4, 2012, the parties filed a joint request to take the case management conference, then scheduled for October 5, 2012, off calendar and requested that any other calendared events be stayed until resolution of the bankruptcy petition filed on behalf of Defendant (See, Dckt. # 28); and on October 4, 2012, this court ordered the case management conference scheduled for October 5, 2012 and all subsequent calendared events stayed (See, Dckt. # 28). Subsequently, the clerk noticed this case management conference (See, Dckt. # 30).

The parties again request that all calendared events in this case be stayed until the resolution of the bankruptcy petition filed on behalf of Defendant. This request is based on the Notice of Filing of Bankruptcy Petition filed with this court on September 17, 2012. (See, Dckt. # 27.)

Respectfully submitted,

Dated: February 19, 2013

**NEYHART, ANDERSON, FLYNN & GROSBOLL, APC**

By: /s/ Eileen M. Bissen
EILEEN M. BISSEN, ESQ.
Attorneys for Plaintiffs

Dated: February 19, 2013

**SWEENEY, MASON, WILSON & BOSOMWORTH**

By: /s/ Roger M. Mason
ROGER M. MASON, ESQ.
Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED that the Case Management Conference on calendar for February 28, 2013 ~~and all subsequent calendared events are hereby STAYED~~. is reset for 8/29/13 at 9:00 a.m. A joint CMC statement shall be filed by 8/22/13.

Dated: February __20__, 2013

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

HON. EDWARD M. CHEN
United States District Judge