1  EILEEN M. BISSEN, Bar No. 245821
   CHLOE QUAIL, Bar No. 262797
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104-6702
   TEL:  (415) 677-9440
4  FAX: (415) 677-9445
   Email: ebissen@neyhartlaw.com
5  Attorneys for Plaintiff

6

   ROGER MASON, Bar No. 107486
7  SWEENEY, MASON, WILSON BOSOMWORTH
   983 University Avenue, Suite 104C
8  Los Gatos, CA 95032
   TEL:  (408) 356-3000
9  FAX: (408) 354-8839
   Email: rmason@smwb.com
10 Attorneys for Defendant

11
                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
13

14
   SAN MATEO ELECTRICAL WORKERS           Case No.  11-cv-6217 EMC
15 HEALTH CARE TRUST; INTERNATIONAL
   BROTHERHOOD OF ELECTRICAL              **JOINT REQUEST TO TAKE CASE
16 WORKERS, LOCAL UNION 617; SAN          MANAGEMENT CONFERENCE OFF
   MATEO COUNTY ELECTRICAL                CALENDAR; [PROPOSED] ORDER**  RESETTING
17 CONSTRUCTION INDUSTRY                                                CMC
   RETIREMENT TRUST; SAN MATEO            Date:       February 28, 2013
18 ELECTRICAL WORKERS EDUCATION           Time:       9:00 a.m.
   AND TRAINING PLAN;  Dominic Nolan, as
19 Trustee of the above TRUSTS; and
   NATIONAL ELECTRICAL CONTRACTORS
20 ASSOCIATION, SAN MATEO CHAPTER,

21                Plaintiffs,

22
23      vs.

24 ENGELHART ELECTRIC COMPANY, INC.,
   an entity,
25
26                Defendant.

27 ─────────────────────────────────────────────────────
            JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFFCALENDAR
28                                          Case No. 11-cv-6217 EMC

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

The parties hereby submit this request to take the Case Management Conference currently on calendar for February 28, 2013 at 9:00 a.m. before the Honorable Edward M. Chen off calendar. The parties make this request based on the following: Defendant has filed for bankruptcy (See, Dckt. # 27); on October 4, 2012, the parties filed a joint request to take the case management conference, then scheduled for October 5, 2012, off calendar and requested that any other calendared events be stayed until resolution of the bankruptcy petition filed on behalf of Defendant (See, Dckt. # 28); and on October 4, 2012, this court ordered the case management conference scheduled for October 5, 2012 and all subsequent calendared events stayed (See, Dckt. # 28). Subsequently, the clerk noticed this case management conference (See, Dckt. # 30).

The parties again request that all calendared events in this case be stayed until the resolution of the bankruptcy petition filed on behalf of Defendant. This request is based on the Notice of Filing of Bankruptcy Petition filed with this court on September 17, 2012. (See, Dckt. # 27.)

Respectfully submitted,

Dated: February 19, 2013

**NEYHART, ANDERSON,
FLYNN & GROSBOLL, APC**

By: /s/ Eileen M. Bissen
  EILEEN M. BISSEN, ESQ.
  Attorneys for Plaintiffs

Dated: February 19, 2013

**SWEENEY, MASON, WILSON &
BOSOMWORTH**

By: /s/ Roger M. Mason
  ROGER M. MASON, ESQ.
  Attorneys for Defendants

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED that the Case Management Conference on calendar for February 28, 2013 ~~and all subsequent calendared events are hereby STAYED~~. is reset for 8/29/13 at 9:00 a.m. A joint CMC statement shall be filed by 8/22/13.

Dated: February 20, 2013

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
HON. EDWARD M. CHEN
United States District Judge