```
 1  RICHARD K. GROSBOLL, Bar No. 99729
    CHLOE QUAIL, Bar No. 262797
 2  NEYHART, ANDERSON, FLYNN & GROSBOLL
    369 Pine Street, Suite 800
 3  San Francisco, CA  94104-6702
    TEL:  (415) 677-9440
 4  FAX: (415) 677-9445

 5  Attorneys for Plaintiff

 6  ROGER MASON, Bar No. 107486
    SWEENEY, MASON, WILSON BOSOMWORTH
 7  983 University Avenue, Suite 104C
    Los Gatos,  CA 95032
 8  TEL:  (408) 356-3000

 9  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., an entity,<br><br>                    Defendant. | Case No.  11-cv-6217 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:              August 29, 2013<br>Time:             9:00 a.m. |

The parties stipulate and request that the Case Management Conference currently set in the instant case for August 29, 2013 at 9:00 a.m. before the Honorable Edward M. Chen be continued

1  to November 21, 2013 at 9:00 a.m. pending resolution of the Defendant's bankruptcy case in the

2  U.S. Bankruptcy Court, Northern District of California (Bankruptcy Petition #: 12-32586).

5  IT IS SO STIPULATED.

                Respectfully Submitted,

Dated:  August 27, 2013    NEYHART, ANDERSON, FLYNN & GROSBOLL

                By:  ___/s/ Chloe Quail_____
                    Chloe Quail
                    Attorney for Plaintiffs

Dated:  August 27, 2013    SWEENEY, MASON, WILSON & BOSOMWORTH

                By:  ___/s/ Roger Mason_____
                    Roger Mason
                    Attorney for Defendant

[~~PROPOS~~ED] ORDER

Pursuant to the Parties' stipulation, the Case Management Conference currently set for August 29, 2013 at 9:00 a.m. will be continued to November 21, 2013 at 9:00 a.m. A joint CMC statement including the status of the bankruptcy shall be filed by November 14, 2013.

IT IS SO ORDERED.

Dated: August 27, 2013

_____
U.S. DISTRICT JUDGE

