1  EILEEN M. BISSEN, Bar No. 245821
   CHLOE QUAIL, Bar No. 262797
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104-6702
   TEL:  (415) 677-9440
4  FAX: (415) 677-9445
   Email: ebissen@neyhartlaw.com
5  Attorneys for Plaintiff

6  ROGER MASON, Bar No. 107486
   SWEENEY, MASON, WILSON & BOSOMWORTH
7  983 University Avenue, Suite 104C
   Los Gatos, CA 95032-7637
8  TEL: (408) 356-3000
   FAX: (408) 354-8839
9  Attorneys for Defendant

10

11                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12                            (San Francisco Division)

13

14  SAN MATEO ELECTRICAL WORKERS          Case No.  11-cv-6217 EMC
    HEALTH CARE TRUST; INTERNATIONAL
15  BROTHERHOOD OF ELECTRICAL             **STIPULATION OF VOLUNTARY**
    WORKERS, LOCAL UNION 617; SAN         **DISMISSAL PURSUANT TO F.R.C.P.**
16  MATEO COUNTY ELECTRICAL               **41(a)(1)(A)(ii)**
    CONSTRUCTION INDUSTRY
17  RETIREMENT TRUST; SAN MATEO
    ELECTRICAL WORKERS EDUCATION
18  AND TRAINING PLAN;  Dominic Nolan, as
    Trustee of the above TRUSTS; and
19  NATIONAL ELECTRICAL CONTRACTORS
    ASSOCIATION, SAN MATEO CHAPTER,
20
21          Plaintiffs,
22       vs.
23
    ENGELHART ELECTRIC COMPANY, INC.,
24  an entity,
25
            Defendant.
26

27  _____

28
                                          STIPULATION OF VOLUNTARY DISMISSAL
                                          Case No. 11-cv-6217 EMC

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against Defendant ENGELHART ELECTRIC COMPANY, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated that each party will bear all of its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 25, 2014

**NEYHART, ANDERSON,**
**FLYNN & GROSBOLL**

By: /s/ Chloe Quail
Attorney for Plaintiffs

**SWEENEY, MASON, WILSON &**
**BOSOMWORTH**

By: /s/ Roger Mason
Attorney for Defendants

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION OF VOLUNTARY DISMISSAL
Case No. 11-cv-6217 EMC

**[PROPOSED] ORDER**

IT IS SO ORDERED that United States District Court Case Number 11-cv-6217 is hereby DISMISSED without prejudice.

Dated: 2/25, 2014

APPROVED
Judge Edward M. Chen

_____
CHEN
Judge